| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | R.I. Local Form 2002-1.1 |
| FOR THE DISTRICT OF RHODE ISLAND | (Rev. 7/1/15) |

In re:                                :

                                       BK No. 1:16-bk-12133

Damon P. Thomas                        :

                                       Chapter 13

Debtor.                                :

## CREDITOR CHANGE OF ADDRESS FORM

1. **Name of Creditor:**     Home Point Financial Corporation

2. **Account Number (last 4 digits only):**   3535

3. **Old Address:**
   Names(s):              Cenlar FSB

   Mailing Address:       425 Phillips Blvd.
   City, State, Zip Code: Ewing, NJ 08618

4. **New Noticing Address:**
   Mailing Address:       11511 Luna Road, Suite 300
   City, State, Zip Code: Farmers Branch, TX 75234

5. **New Payment Address:**
   Mailing Address:       PO Box 790309
   City, State, Zip Code: St. Louis, MO 63179

**Check all that apply (you must check one):**

☒ I am listed as a creditor in the above referenced case.

☐ I am the transferee as evidenced by the transfer of claim filed in this case on _____.

I, D. Anthony Sottile, Authorized Agent for Creditor, hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 17, 2018            Signature:   /s/ D. Anthony Sottile

## **CERTIFICATE OF SERVICE**

I certify that on September 17, 2018, a copy of the foregoing Notice of Address Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    John S. Simonian, Debtor's Counsel
    jslaw@cox.net

    John Boyajian, Chapter 13 Trustee
    mail@13ritrustee.com

    Gary L. Donahue, Assistant United States Trustee
    ustpregion01.pr.ecf@usdoj.gov

I further certify that on September 17, 2018, a copy of the foregoing Notice of Address Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Damon P. Thomas, Debtor
    43 Hopkinton Hill Road
    Hope Valley, RI 02832

| | |
|---|---|
| Dated: September 17, 2018 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |